**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 50 MM 2018

               Respondent        :

                           :

               v.            :

                           :

JORGE PARAMO MORA,          :

               Petitioner        :

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of September, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.